AUGUST SWARZ v. REAL ESTATE SECURITIES CO.

149 S. 582.
Special Division B.
Opinion Filed August 5, 1933.

*August Swarz,* for Appellant.

*Ernest E. Mason,* for Appellee.

PER CURIAM.—This cause having heretofore been submitted to the Court upon the transcript of the record of the Orders herein, and briefs and argument of counsel for the respective parties, and the record having been seen and inspected, and the Court being now advised of its judgment to be given in the premises, it seems to the Court that there are no errors in the said Orders; it is, therefore, considered, ordered and adjudged by the Court that the said Orders of the Circuit Court be, and the same are hereby affirmed.

DAVIS, C. J., and WHITFIELD and BUFORD, J. J., concur.

DAVIS, C. J. (concurring).—I concur in affirmance because the granting or withholding of a temporary injunction *pendente lite* is a matter within the sound discretion of the Chancellor whose order continuing the injunction to preserve a *status quo* will not be reversed except on showing of abuse of discretion which does not appear in this case. Willis v. Hathaway, 95 Fla. 608, 117 So. 89. Final relief against a defective tax certificate, however, ordinarily cannot be granted until complainant does equity by paying or refunding the taxes on the property involved, if he owes any, but this does not ordinarily preclude temporary relief pending an adjudication of what the tax payer owes to redeem.